The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH SCHUCHMAN, <br><br> Defendant. | NO. CR21-5337RJB <br><br> GOVERNMENT'S NOTICE OF APPEARANCE |

Zach Dillon, Assistant United States Attorney, files notice that the undersigned Assistant United States Attorney, will appear on behalf of the Government in this cause, and requests service of all pleadings in this case, effective immediately.

DATED this 2nd day of December, 2021.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*/s/ Zach Dillon*
Zach Dillon
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402

Government's Notice of Appearance - 1
U.S. v. Kenneth Schuchman, CR21-5337RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800