Judge Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR21-05337 |
|---|---|
| Plaintiff | |
| v. | ORDER SANCTIONING DEFENDANT FOR SUPERVISED RELEASE VIOLATION #2 |
| KENNETH SCHUCHMAN | |
| Defendant. | |

The Court accepted Mr. Schuchman's admission to violation number 2: failure to report to his probation officer on September 27, 2021. The Court heard arguments from both parties and reviewed the sentencing recommendation report from probation.

IT IS HEREBY ORDERED that the defendant is sanctioned to ~~credit for~~ time served. The defendant shall continue on his previous term of supervised release. All prior conditions of release shall remain in effect, and he shall be released from custody now.

DATED December 17, 2021.

Robert J. Bryan
United States District Judge

PRESENTED BY:

Zach Dillon
Assistant United States Attorney

Order of Sanction for Supervised Release Violation
*United States v. Schuchman* / CR 21-5337 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970