PROB 12C-WAR
(05/21)

# UNITED STATES DISTRICT COURT

for

Western District of Washington

Petition for Warrant or Summons for Person Under Supervision

**Name:** Kenneth Schuchman  **Case Number:** 3:21CR05337RJB-1
**Name of Judicial Officer:** The Honorable Robert J. Bryan, United States District Judge
**Date of Original Sentence:** 06/25/2020  **Date of Report:** 01/18/2023
**Original Offense:** Fraud and Related Activity in Connection with Computers
**Original Sentence:** Credit for Time Served; Three Years' Supervised Release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 11/25/2022
**Assistant United States Attorney:** Zachary Dillon  **Defense Attorney:** Heather Carroll

**Special Conditions Imposed:**

☒ Substance Abuse   ☐ Financial Disclosure   ☐ Restitution:
☒ Mental Health     ☐ Fine                   ☐ Community Service
☒ Other: Warrantless search, disclose all internet enabled devices, participate in vocational/educational skills program, and abstain from alcohol.

## PETITIONING THE COURT

☒ To issue a warrant under seal
☐ To issue a summons

I allege Kenneth Schuchman has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Using methamphetamine, marijuana, and alcohol, on or about December 6, 2022, in violation of a mandatory condition. |
| 2. | Using methamphetamine on or about December 12, 2022, in violation of a mandatory condition. |
| 3. | Failing to report as directed on January 17, 2023, for a drug test, in violation of a special condition. |

The Honorable Robert J. Bryan, United States District Judge  Page 2
Petition for Warrant or Summons for Person Under Supervision  January 18, 2023

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
   ☒ revoked.
   ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☒ Detention pending final adjudication due to
   ☒ risk of flight.
   ☒ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of January, 2023.

_Todd Willson_
Todd A. Willson
United States Probation Officer

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

BY:

_Leona Nguyen_
Leona Nguyen
Supervising United States Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ The Issuance of a Warrant under seal
   (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
   (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

_Robert J. Bryan_
Signature of Judicial Officer
18 January 2023
Date